**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: R.A.F., A MINOR   :   No. 746 MAL 2016
                                             :
                                             :
PETITION OF: R.A.F., A MINOR   :   Petition for Allowance of Appeal from
                                             :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.